*Attorney(s):*          HOGAN & CASSELL, LLP
*Office Address & Tel.:*  744 Broad Street, 16th Floor, Room 28, Newark, New Jersey 07102
                          973-735-2700

*Attorney(s) for*       PLAINTIFF

| | |
|---|---|
| CSC TKR, INC. D/B/A CABLEVISION OF RARITAN VALLEY,<br><br>*Plaintiff*<br>vs.<br><br>RAY FOLEY, DAVID GOLDBERG, FRED LEWANDOWSKI, STEVEN PTCHON, THOMAS RAFFERTY, ERIC ROGUS, DONNA SCALISE, THOMAS SCHMIDT, WILLIAM VOLKERT & ROY WILLIAMS,<br><br>*Defendants.* | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Case No. 00-CV-926 (AET)<br><br><br><br>**SATISFACTION OF "JUDGMENT" SOLELY AS TO DEFENDANT ERIC ROGUS** |

**To the Clerk of the above named Court:**

**Whereas,** on or about June 14, 2000, plaintiff, CSC TKR, Inc. ("Plaintiff"), and Eric Rogus entered into a settlement wherein a document memorializing the settlement, entitled "Partial Discontinuance and Consent Order," was filed with the Court that may give the erroneous appearance that a default "judgment" was entered in the above entitled action in favor of Plaintiff against Eric Rogus, in the amount of $2,500, referred to as Judgment No.: 00-CV-926, dated June 14, 2000,

**Whereas,** Eric Rogus has fully satisfied his obligations to Plaintiff under said "Judgment";

**Now Therefore,** Eric Rogus has fully satisfied said "Judgment", and said "Judgment" may be discharged as having been satisfied, and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of said "Judgment".

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Dated: September 6, 2011*

                                        HOGAN & CASSELL, LLP
                                        *Attorneys for Plaintiff*

                                        _____
                                        MICHAEL D. CASSELL
                                        Attorney at Law
                                        744 Broad Street, 16th Floor, Room 28
                                        Newark, New Jersey 07102